**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MILK STREET CAFE, INC.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 04-2730662 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **50 Milk Street** <br> **Boston, MA 02109** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   **https://www.milkstreetcafe.com/**

6.  **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) *[filled]*

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **MILK STREET CAFE, INC.**    Case number (*if known*) _____
_____ Name

---

**7.** | **Describe debtor's business** | A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

---

**8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | MILK STREET CAFE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency   _____
         Contact name   _____
         Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **MILK STREET CAFE, INC.**                                              Case number (*if known*) _____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**
MM / DD / YYYY

X _____    **Marc Epstein**
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

X _____    Date   **June 20, 2024**
Signature of attorney for debtor    MM / DD / YYYY

**John T. Morrier 628624**
Printed name

**Casner & Edwards, LLP**
Firm name

**303 Congress Street
Boston, MA 02210**
Number, Street, City, State & ZIP Code

Contact phone   **617-426-5900**    Email address   **morrier@casneredwards.com**

**628624 MA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **MILK STREET CAFE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2024**      X */s/ Marc Epstein*
                                 Signature of individual signing on behalf of debtor

                                    **Marc Epstein**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MILK STREET CAFE, INC.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Silicon Valley Bank A Div. of First Citizens Bank & Trust As Agent (Main Street Loan Agreement) 53 State Street Boston, MA 02109 | Alex Rheaume arheaume@mofo.com 617) 648-4770 | Commercial loan | Contingent Unliquidated | | | $1,613,900.74 |
| Ponte Gadea Boston, LLC Attn: Christopher Pavlick/ Misha Harris 200 South  Biscayne Blvd Way Suite 3250 Miami, FL 33131 | Vanessa P. Moody vmoody@goulstonstorrs.com 786-219-8635 | Commercial lease | Contingent Unliquidated | | | $1,132,471.00 |
| Springfield Group Inc 5600 1st Avenue Brooklyn, NY 11220 | 718-305-6866 | Vendor | | | | $38,169.90 |
| Sysco 99 Spring St. Plympton, MA 02367-1701 | 781-422-2300 | Vendor | | | | $31,764.80 |
| JPmorgan Chase Bank NA Mail Code LA4-7200 700 Kansas Lane Monroe, LA 71203 | 800-945-2028 | Credit Card | | | | $29,722.59 |
| Perkins Paper Company Attn: Patricia Vincent 630 John Hancock Road Taunton, MA 02780 | Patricia Vincent (800) 733-5708 | Vendor | | | | $12,109.06 |

| Debtor | **MILK STREET CAFE, INC.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Imperial Bag & Paper, LLC 255 Route 1& 9 Jersey City, NJ 07306** | | **Vendor** | | | | **$11,590.32** |
| **Famous Produce 39 Pierce Street Waltham, MA 02154** | **781-983-1054** | **Vendor** | | | | **$9,266.04** |
| **American Express PO Box 981535 El Paso, TX 79998-1535** | **proofofclaim@beck et-lee.com 610-228-2570** | **Credit card** | | | | **$7,261.78** |
| **Indigo 500 Rutherford Ave suite 201 Boston, MA 02129** | | **Vendor** | | | | **$6,845.03** |
| **Citibank Customer Service PO Box 6500 Sioux Falls, SD 57117** | **800-950-5114** | **Credit card** | | | | **$6,000.85** |
| **Paul W .Marks Co. INC P.O. Box 847295 Boston, MA 02284** | **617 389-4120** | **Vendor** | | | | **$5,651.98** |
| **Mass General Hospital P.O. Box 3365 Boston, MA 02241-3365** | | **Vendor** | | | | **$5,500.00** |
| **C.R.S., INC P.O. BOX 296 243 RANGEWAY ROAD N. BILLERICA, MA 01862** | | **Vendor** | | | | **$4,412.41** |
| **H.T. Berry H.T. Berry Company INC. P.O. Box B 50 North Street Canton, MA 02021-3356** | | **Vendor** | | | | **$2,861.26** |
| **Boston Bread Service 150 New Boston Street  Suite S Woburn, MA 01801** | **781 400-7438** | **Vendor** | | | | **$2,342.55** |

Debtor    **MILK STREET CAFE, INC.**                                                                            Case number *(if known)*  _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shawmut Communications Group 310 Jubilee Drive Peabody, MA 01960** | | **Vendor** | | | | **$2,146.69** |
| **American Express PO Box 981535 El Paso, TX 79998-1535** | **610-228-2570 proofofclaim@beck et-lee.com** | **Credit card** | | | | **$1,596.30** |
| **Polar Beverages Box 15011 Worcester, MA 01615-0011** | **(508) 753-4300** | **Vendor** | | | | **$1,428.41** |
| **Utz Quality Foods, LLC 62563 Collection Center Drive Chicago, IL 60693-0625** | | **Vendor** | | | | **$1,284.25** |

**Fill in this information to identify the case:**

Debtor name  **MILK STREET CAFE, INC.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................  $  **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................  $  **1,099,666.67**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................  $  **1,099,666.67**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $  **284,150.80**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $  **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................  +$  **2,961,612.02**

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b  $  **3,245,762.82**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MILK STREET CAFE, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | **$0.00** |
| 2. | **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **SVB Private** | **Business Checking** | **0538** | **$156,561.11** |
| 3.2. | **SVB Private** | **Private Business Money Market** | **8068** | **$251,535.47** |
| 3.3. | **SVB Private** | **Business Checking-Payroll Account** | **4720** | **$87,200.64** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$495,297.22** |
|---|

**Part 2:**     Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.

Debtor    **MILK STREET CAFE, INC.**                                        Case number *(If known)* _____
      Name

☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:     **222,703.14**          -          **0.00**     = ....          **$222,703.14**
                        face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:     **48,594.56**          -          **0.00**     =....          **$48,594.56**
                  face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                              **$271,297.70**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    Raw materials | | | | |
| 20.    Work in progress | | | | |
| 21.    Finished goods, including goods held for resale | | | | |
| 22.    Other inventory or supplies<br>Perishable food inventory | 5/31/2024 | $70,790.72 | Recent cost | $70,790.72 |
| Uniform and printing | 5/31/2024 | $29,393.03 | Recent cost | $29,393.03 |

23.    **Total of Part 5.**                                                              **$100,183.75**
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Debtor    **MILK STREET CAFE, INC.**                              Case number *(If known)* _____
              Name

☐ No
■ Yes. Book value _____30,000.00   Valuation method   **estimated**   Current Value   _____30,000.00

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** **Office chairs** | **$3,943.00** | **Tax records** | **$0.00** |
| 40. **Office fixtures** **Carpet & Eletrical Fixtures** | **$2,300.00** | **Tax records** | **$1,008.00** |

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                  | **$1,008.00** |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

| Debtor | **MILK STREET CAFE, INC.** | | Case number *(If known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 47.1. | **2017 Mercedes Metric** | **$0.00** | **Replacement** | **$19,900.00** |
| 47.2. | **2023 Tesla Model Y, operated by Mitchell Baratz** | **$0.00** | **Replacement** | **$47,000.00** |
| 47.3. | **2017 Chevy Express van** | **$0.00** | **Replacement** | **$17,400.00** |
| 47.4. | **2018 Honda Pilot** | **$0.00** | **Replacement** | **$18,000.00** |
| 47.5. | **2018 Chrysler Pacifica** | **$0.00** | **Replacement** | **$15,000.00** |
| 47.6. | **2022 Chrysler Pacifica 22422** | **$22,456.00** | **Replacement** | **$29,000.00** |
| 47.7. | **2022 Chrysler Pacifica 22425** | **$22,456.00** | **Replacement** | **$29,000.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Misc. Machinery & Eqipment, see 2023Depreciation Schedule**   $101,170.00   Tax records   $56,580.00

**51.** **Total of Part 8.** | | | | $231,880.00 |
Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Debtor    **MILK STREET CAFE, INC.**                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| apartment or office building, if available. | | | | |
| 55.1. **Commercial real estate at 50 Milk Street, Boston** | **Commercial lease from Ponte Gadea Boston, LLC** | **$0.00** | | **$0.00** |

**56.**  **Total of Part 9.**                                              **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites** | | | |
| **62.**  **Licenses, franchises, and royalties** | | | |
| **63.**  **Customer lists, mailing lists, or other compilations** | | | |
| **64.**  **Other intangibles, or intellectual property** | | | |
| **65.**  **Goodwill** "Milk Street Cafe" brand, mark, trade dress, goodwill | **$0.00** | | **Unknown** |

**66.**  **Total of Part 10.**                                              **$0.00**

Add lines 60 through 65. Copy the total to line 89.

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor     **MILK STREET CAFE, INC.** _____     Case number *(If known)* _____
     Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

◼ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **MILK STREET CAFE, INC.**                              Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $495,297.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $271,297.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $100,183.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,008.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $231,880.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,099,666.67 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                    $1,099,666.67

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 7

| Fill in this information to identify the case: |
| --- |

Debtor name   **MILK STREET CAFE, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

---

**2.1   Ally Financial**
Creditor's Name

**P.O. Box 380901**
**Bloomington, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5828**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**2022 Chrysler Pacifica 22422**

**Describe the lien**
**Financing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$31,535.85**    Column B: **$29,000.00**

---

**2.2   Ally Financial**
Creditor's Name

**P.O. Box 380901**
**Bloomington, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5825**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 Chrysler Pacifica 22425**

**Describe the lien**
**Financing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$31,535.85**    Column B: **$29,000.00**

---

| Debtor | MILK STREET CAFE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Massachusetts Growth Capital Corporation** | **Describe debtor's property that is subject to a lien** | $173,123.42 | $924,366.67 |
|---|---|---|---|---|

Creditor's Name

**529 Main Street Schrafft's Center, Suite 201 Charlestown, MA 02129**

Creditor's mailing address

**All assets (except for vehicles)**

**Describe the lien**

**Secured Term Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**October 2018**

**Last 4 digits of account number**

**TERM**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Wells Fargo Auto** | **Describe debtor's property that is subject to a lien** | $47,955.68 | $47,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 71092 Charlotte, NC 28272**

Creditor's mailing address

**2023 Tesla Model Y, operated by Mitchell Baratz**

**Describe the lien**

**Financing per compensation package to Mitchell Baratz**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**6/1/2023**

**Last 4 digits of account number**

**4008**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $284,150.80

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **MILK STREET CAFE, INC.**
_____    Case number (if known) _____
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jonathan M. Hixon, Esq.**<br>**Hackett Feinberg P.C.**<br>**155 Federal Street, 9th Floor**<br>**Boston, MA 02110** | Line   2.3 | |

**Fill in this information to identify the case:**

Debtor name  **MILK STREET CAFE, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Massachusetts Department of<br>Revenue<br>Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204-7090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Meals taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AB Seafood<br>18 Newmarket Square<br>Boston, MA 02118**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:   **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Ace Endico<br>80 International Blvd<br>Brewster, NY 10509**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:   **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$493.50** |

| Debtor | **MILK STREET CAFE, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Advance Tire & Car Care Center**
185 Broadway
Cambridge, MA 02139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,596.30 |
|---|---|---|---|

**American Express**
PO Box 981535
El Paso, TX 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Credit card__

Last 4 digits of account number __1002__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,261.78 |
|---|---|---|---|

**American Express**
PO Box 981535
El Paso, TX 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Credit card__

Last 4 digits of account number __6009__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $978.50 |
|---|---|---|---|

**American Nut & Chocolate, Inc.**
121 Newmarket Square
Boston, MA 02118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AXA Equitable Life Insurance Company**
PO Box 371405
Pittsburgh, PA 15250-7405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number __5211__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AXA Equitable Life Insurance Company II**
PO Box 371405
Pittsburgh, PA 15250-7405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number __2868__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bay State Espresso, LLC**
35 Walnut Street
Haverhill, MA 01830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MILK STREET CAFE, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bisceglia, Steinman & Fudeman, LLP**
**339 Main StreetSuite 110**
**Worcester, MA 01608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accountant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Cross and Blue Shield of MA**
**PO Box 371318**
**Pittsburg, PA 15250-7318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee benefit plan**

Last 4 digits of account number  **3824**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Cross and Blue Shield of MA**
**PO Box 371318**
**Pittsburgh, PA 15250-7318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee benefit plan**

Last 4 digits of account number  **1442**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bolci Corp**
**48 Morgan Street**
**Manchester, NH 03102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,342.55 |
|---|---|---|---|

**Boston Bread Service**
**150 New Boston Street  Suite S**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Boston Gourmet Chefs**
**P.O. Box 883**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $924.46 |
|---|---|---|---|

**Boston Showcase Company**
**P.O. Box 610254**
**Newton Highlands, MA 02461-0254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MILK STREET CAFE, INC.** | Case number (if known) | |
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$159.00** |

**Bucci Grinding Group**
**D.A. Bucci & Sons**
**10 Draper Street, Suite 14**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,412.41** |

**C.R.S., INC**
**P.O. BOX 296**
**243 RANGEWAY ROAD**
**N. BILLERICA, MA 01862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Caterstaff of Boston**
**120 StreetCambridge,**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Cintas Corporation**
**P.O. Box 631025**
**Cincinatti, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.85** |

**Citibank Customer Service**
**PO Box 6500**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit card__

Last 4 digits of account number  __3312__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**City of Boston - Inspectional Services**
**Environmental Services**
**1010 Massachusetts Ave. 4th Fl**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __For notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**City of Boston - Taxes**
**P.O. Box 55809**
**Boston, MA 02205-5809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Taxing authority__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MILK STREET CAFE, INC.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Boston - Treasury Department**
**P.O. Box 9715**
**Boston, MA 02114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Taxing authority**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City Packing**
**115-118 Newmarket Square**
**Boston, MA 02118-2603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coca Cola**
**P.O. Box 419784**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Department of Unemployment Assistance**
**Chief Counsel, Legal Department**
**19 Staniford Street 1st Floor**
**Boston, MA 02114-2502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DGI - Invisuals**
**101 Billerica Ave. Bldg 6**
**N. Billerica, MA 01862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,266.04 |
|---|---|---|---|

**Famous Produce**
**39 Pierce Street**
**Waltham, MA 02154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **MILK**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fazenda Coffee Roasters**
**502 Sprague Street**
**Dedham, MA 02026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **MILK STREET CAFE, INC.**                                    Case number *(if known)* _____
         Name

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Food Grease Trappers Inc.**
**500 Southborough Drive**
**Suite 106**
**South Portland, ME 04106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** **Vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Genworth Life**
**PO BOX 630905**
**Cincinnati, OH 45263-0905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** **Vendor**

Last 4 digits of account number  **8591**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,367.31 |
|---|---|---|---|

**Gift Cards**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:**  **Outstanding gift card balance**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Global Payments Inc.**
**3550 Lenox Road**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:**  **Vendor-Credit card processing**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gordon's Fine Wines & Liquor**
**P.O. Box 310**
**Waltham, MA 02454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** **Vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,861.26 |
|---|---|---|---|

**H.T. Berry**
**H.T. Berry Company INC.**
**P.O. Box B**
**50 North Street**
**Canton, MA 02021-3356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** **Vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hood Master**
**100 Governor's Dr. #8**
**Winthrop, MA 02152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** **Vendor**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MILK STREET CAFE, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **HUB Building Maintenance** <br> **11 Elkins Street** <br> **South Boston, MA 02127** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **HubSpot** <br> **2 Canal Park** <br> **Cambridge, MA 02141** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $294.51 |
|---|---|---|---|
| | **IFES** <br> **MASS REST EQUIP SERV** <br> **34 SOUTH ST** <br> **PO BOX 114** <br> **SOMMERVILLE, MA 02143** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Impact Fire Service** <br> **44 Garden Street, Unit 1** <br> **Danvers, MA 01923** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,590.32 |
|---|---|---|---|
| | **Imperial Bag & Paper, LLC** <br> **255 Route 1& 9** <br> **Jersey City, NJ 07306** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __L050__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,845.03 |
|---|---|---|---|
| | **Indigo** <br> **500 Rutherford Ave suite 201** <br> **Boston, MA 02129** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** __Overpayment credit__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $539.98 |
|---|---|---|---|
| | **Intelligentsia** <br> **1850 West Fulton** <br> **Chicago, IL 60612** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **MILK STREET CAFE, INC.** | Case number (if known) | |
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address
**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address
**Jayna Kropas**
6 Salem Road
North Billerica, MA 01862

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address
**JFC International Inc.**
JFC New York Branch
55 Wildcat Way
Linden, NJ 07036

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address
**JM Service**
P.O. Box 850369
Braintree, MA 02185

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address
**Joe Warren & Sons Co. Inc**
50 Kerry Place
Norwood, MA 02062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address
**Johnson Controls Security Solutions**
P.O Box 371967
Pittsburgh, PA 15250-7967

Date(s) debt was incurred _

Last 4 digits of account number  **3916**

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address
**JPmorgan Chase Bank NA**
Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203

Date(s) debt was incurred _

Last 4 digits of account number  **4469**

As of the petition filing date, the claim is: *Check all that apply.*   **$29,722.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MILK STREET CAFE, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **LoTECH Industries, Inc.** | ☐ Contingent | |
| | **8119 S. SHAFFER PARKWAYSUITE A107** | ☐ Unliquidated | |
| | **Littleton, CO 80127** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
| | **Mass General Hospital** | ☐ Contingent | |
| | **P.O. Box 3365** | ☐ Unliquidated | |
| | **Boston, MA 02241-3365** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Mass. Restaurant Assoc.** | ☐ Contingent | |
| | **160 E Main St, Suite 2** | ☐ Unliquidated | |
| | **Westborough, MA 01581** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Michelle Mackenzie** | ☐ Contingent | |
| | **68 Aberdeen Road** | ☐ Unliquidated | |
| | **North Quincy, MA 02171** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **MPG Promotions** | ☐ Contingent | |
| | **246 Walnut Street Suite D** | ☐ Unliquidated | |
| | **Newton, MA 02460** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **National Liability & Fire Insurance Co.** | ☐ Contingent | |
| | **Feingold & Feingold Insurance Agency** | ☐ Unliquidated | |
| | **22 Elm Street** | ☐ Disputed | |
| | **Worcester, MA 01608** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **New England Kosher** | ☐ Contingent | |
| | **P.O. Box 505801** | ☐ Unliquidated | |
| | **Chelsea, MA 02150** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **MILK STREET CAFE, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.59**

**Nonpriority creditor's name and mailing address**

**OT Express Delivery**
**4 Briarcliff Drive**
**Monsey, NY 10952**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Paul W .Marks Co. INC**
**P.O. Box 847295**
**Boston, MA 02284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,651.98**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Peak Event Services**
**36 Cabot Road**
**Woburn, MA 01801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$580.26**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Perkins Paper Company**
**Attn: Patricia Vincent**
**630 John Hancock Road**
**Taunton, MA 02780**

Date(s) debt was incurred _

Last 4 digits of account number  **2668**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$12,109.06**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Pestex, Inc.**
**349 Union Ave.**
**Framingham, MA 01702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Polar Beverages**
**Box 15011**
**Worcester, MA 01615-0011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,428.41**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Ponte Gadea Boston, LLC**
**Attn: Christopher Pavlick/ Misha Harris**
**200 South  Biscayne Blvd Way**
**Suite 3250**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial lease**

Is the claim subject to offset? ■ No ☐ Yes

**$1,132,471.00**

---

| Debtor | **MILK STREET CAFE, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.66** Nonpriority creditor's name and mailing address
**Premier Bar Service & Catering**
P.O. Box 540194
Waltham, MA 02454

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.67** Nonpriority creditor's name and mailing address
**Primarque Products Company, Inc.**
100 Grand St.
Worcester, MA 01610

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.68** Nonpriority creditor's name and mailing address
**Prospeed**
71 Spit Brook Road Suite #405
Nashua, NH 03060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.69** Nonpriority creditor's name and mailing address
**Robert Serio**
1 Rollins Street  #C-304
Boston, MA 02118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.70** Nonpriority creditor's name and mailing address
**Rosev Dairy**
8 Griffin Way
Chelsea, MA 02150-3334

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$748.54

---

**3.71** Nonpriority creditor's name and mailing address
**S & H Plumbing Services, Inc.**
P.O. Box 364
Malden, MA 02148

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.72** Nonpriority creditor's name and mailing address
**Seaport Energy**
PO Box 204
Norwood, MA 02062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **MILK STREET CAFE, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shaloh House Chabad**
**50 Ethyl Way**
**Stoughton, MA 02072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,146.69 |
|---|---|---|---|

**Shawmut Communications Group**
**310 Jubilee Drive**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Short Stop Distribution, Inc**
**47 Loring Drive**
**Framingham, MA 01702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Siegel Egg Co.**
**PO Box 844001**
**Boston, MA 02284-4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,613,900.74 |
|---|---|---|---|

**Silicon Valley Bank**
**A Div. of First Citizens Bank & Trust**
**As Agent (Main Street Loan Agreement)**
**53 State Street**
**Boston, MA 02109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Commercial loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Snack Aisle**
**P.O. Box 982**
**Hudson, NH 03051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,169.90 |
|---|---|---|---|

**Springfield Group Inc**
**5600 1st Avenue**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MILK STREET CAFE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stellantis Financial Services**
**P.O. Box  1730**
**Williamsville, NY 14231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3025**

Basis for the claim:  **Grand Cherokee Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,764.80 |
|---|---|---|---|

**Sysco**
**99 Spring St.**
**Plympton, MA 02367-1701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2729**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Technical Support International**
**10 Mechanic St  Suite 6**
**Foxboro, MA 02035-2076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Bartending Service of New England**
**P.O. Box 425**
**13 West End Avenue**
**Middleborough, MA 02346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Hartford Insurance Company**
**P.O. Box 958461**
**Lake Mary, FL 32795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance provider**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Travelers**
**Remittance Center**
**PO Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **07CL**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Toast, Inc.**
**100 Park Drive Suite 510**
**Cambridge, MA 02140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MILK STREET CAFE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Unum America**
P.O. Box  740591
Atlanta, GA 30374-0591

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  21LA**

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,284.25 |
|---|---|---|---|

**Utz Quality Foods, LLC**
62563 Collection Center Drive
Chicago, IL 60693-0625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ValuTrack**
PO Box 79
Medway, MA 02053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Viscom Systems**
98 Galen Street
Watertown, MA 02472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Williamson Pump & Motor**
PO Box 844771
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Winston Flowers**
Attn: Dana
P.O. Box 170663
Boston, MA 02117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7922**

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **MILK STREET CAFE, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alex Rheaume**<br>**Morrison & Foerster LLP**<br>**200 Clarendon Street, Floor 21**<br>**Boston, MA 02116** | Line **3.77**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Chace**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | Line **3.51**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Vanessa P. Moody**<br>**Goulston & Storrs PC**<br>**One Post Office Square**<br>**Boston, MA 02109** | Line **3.65**<br>☐ Not listed. Explain ____ | _ |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,961,612.02 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,961,612.02 |

| Fill in this information to identify the case: |
| :--- |

Debtor name   **MILK STREET CAFE, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| :--- | :--- |
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest **2022 Honda Pilot lease** | |
| State the term remaining | **American Honda Finance Corporation PO Box 1027 Alpharetta, GA 30009-1027** |
| List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest **Commercial real estate lease for 50 Milk St, Boston, MA 02109** | |
| State the term remaining | **Ponte Gadea Boston, LLC Attn: Christopher Pavlick 200 South  Biscayne Blvd Way Suite 3250 Miami, FL 33131** |
| List the contract number of any government contract | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest **2023 Jeep Grand Cherokee Lease** | |
| State the term remaining **33 months** | **Stellantis Financial Services P.O. Box  1730 Williamsville, NY 14231** |
| List the contract number of any government contract | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest **2022 Toyota Highlander lease** | |
| State the term remaining | **Toyota Financial Services PO Box 22171 Tempe, AZ 85285** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|
| Debtor name    **MILK STREET CAFE, INC.** |
| United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS |
| Case number (if known)    _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Marc S. Epstein** | **111 Clinton Rd**<br>**Brookline, MA 02445** | **Massachusetts Growth Capital Corporation** | ■ D   **2.3**_____<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **Mitchel Baratz** | **12 Gannett Ter**<br>**Sharon, MA 02067-2315** | **Wells Fargo Auto** | ■ D   **2.4**_____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **MILK STREET CAFE, INC.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,919,033.68** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other **Tips received** | **$174,117.06** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$7,603,856.00** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,352,384.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | **Treasury bills interest** | **$2,261.00** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | **Money market interest** | **$1,535.47** |

Debtor   **MILK STREET CAFE, INC.**    Case number *(if known)* _____

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From **1/01/2023** to **12/31/2023** | **Treasury bills interest** | **$16,612.00** |
| For prior year:<br>From **1/01/2023** to **12/31/2023** | **Sale of 2014 Dodge van** | **$5,200.00** |
| For year before that:<br>From **1/01/2022** to **12/31/2022** | **Interest INC ERC RECVBL** | **$11,262.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Bisceglia, Steinman & Fudeman, LLP**<br>**339 Main StreetSuite 110**<br>**Worcester, MA 01608** | 3/25/2024<br>04/17/2024<br>06/17/2024 | **$15,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **Boston Bread Service**<br>**150 New Boston Street  Suite S**<br>**Woburn, MA 01801** | 04/10/2024<br>05/10/2024<br>06/07/2024 | **$9,541.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Global Payments Inc.**<br>**3550 Lenox Road**<br>**Atlanta, GA 30326** | 05/02/2024<br>06/03/2024 | **$43,409.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Massachusetts Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 7090**<br>**Boston, MA 02204-7090** | 04/12/2024<br>05/17/2024<br>June 2024 | **$81,979.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Meals tax** |
| 3.5. | **Famous Produce**<br>**39 Pierce Street**<br>**Waltham, MA 02154** | 04/10/2024<br>05/10/2024<br>06/07/2024 | **$100,061.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **MILK STREET CAFE, INC.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.6. **H.T. Berry**<br>**H.T. Berry Company INC.**<br>**P.O. Box B**<br>**50 North Street**<br>**Canton, MA 02021-3356** | **04/10/2024**<br>**05/10/2024**<br>**06/07/2024** | **$14,457.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Imperial Bag & Paper., LLC**<br>**255 Route 1 & 9**<br>**Jersey City, NJ 07306** | **04/10/2024**<br>**05/10/2024**<br>**06/07/2024** | **$69,580.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Paul W .Marks Co. INC**<br>**P.O. Box 847295**<br>**Boston, MA 02284** | **04/10/2024**<br>**05/10/2024**<br>**06/07/2024** | **$27,496.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Perkins Paper Company**<br>**Attn: Patricia Vincent**<br>**630 John Hancock Road**<br>**Taunton, MA 02780** | **38 payments**<br>**btw**<br>**4/1-6/18/2024** | **$44,337.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Polar Beverages**<br>**Box 15011**<br>**Worcester, MA 01615-0011** | **04/09/2024**<br>**04/10/2024**<br>**05/10/2024**<br>**06/07/2024**<br>**06/07/2024**<br>**June 2024** | **$8,215.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Ponte Gadea Boston, LLC**<br>**Attn: Christopher Pavlick/ Misha Harris**<br>**200 South  Biscayne Blvd Way**<br>**Suite 3250**<br>**Miami, FL 33131** | **04/17/2024**<br>**04/17/2024**<br>**05/30/2024**<br>**05/30/2024**<br>**05/30/2024**<br>**05/30/2024** | **$135,160.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Rents__ |
| 3.12. **Robert Serio**<br>**1 Rollins Street  #C-304**<br>**Boston, MA 02118** | **04/01/2024**<br>**05/02/2024**<br>**05/17/2024**<br>**06/18/2024**<br>**06/04/2024** | **$12,656.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Siegel Egg Co.**<br>**PO Box 844001**<br>**Boston, MA 02284-4001** | **04/10/2024**<br>**05/10/2024**<br>**06/07/2024** | **$8,354.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **MILK STREET CAFE, INC.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.14. **Springfield Group Inc** **5600 1st Avenue** **Brooklyn, NY 11220** | 03/27/2024 03/27/2024 04/04/2024 04/10/2024 05/03/2024 05/03/2024 05/03/2024 05/03/2024 05/29/2024 05/29/2024 05/29/2024 | $71,818.57 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.15. **Sysco** **99 Spring St.** **Plympton, MA 02367-1701** | 55 payments btw 3/28/24-6/20/24 | $113,515.38 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Marc Epstein** **111 Clinton Rd** **Brookline, MA 02445** **President, shareholder** | **Biweekly payroll** | $335,831.29 | **Compensation** |
| 4.2. **Mitchell Baratz** **12 Gannett Ter** **Sharon, MA 02067** **CFO** | **Biweekly payroll** | $227,291.65 | **Compensation** |
| 4.3. **Mitchell Baratz** **12 Gannett Ter** **Sharon, MA 02067** **CFO** | **Monthly** | $10,840.20 | **Payments to Wells Fargo for Tesla per compensation package** |
| 4.4. **Beth Epstein** **111 Clinton Rd** **Brookline, MA 02445** **Insider** | **Biweekly payroll** | $100,000.00 | **Compensation** |

5.    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.    **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

Debtor    **MILK STREET CAFE, INC.**                                    Case number *(if known)* _____

debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title
Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Young Israel of Brookline
62 Green Street
Brookline, MA 02446** | **Donation** | **7/12/2022** | **$1,905.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Maimonidies School
34 Philbrick Road
Brookline, MA 02445** | **Donations** | **5/22/22,
6/16/22,
3/24/23, 9/8/23** | **$8,530.00** |
| | Recipients relationship to debtor | | | |

**Part 5:    Certain Losses**

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss
If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.
List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Frozen Pipe Burst, Collapsed Ceiling, Damaged floors and Walls** | **Insurance claim $13,300** | **2/5/2023** | **$13,300.00** |

| Debtor | **MILK STREET CAFE, INC.** | Case number *(if known)* |
|--------|---------------------------|--------------------------|

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Casner & Edwards, LLP**<br>**303 Congress Street**<br>**Boston, MA 02210** | | **January 2024** | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Casner & Edwards, LLP**<br>**303 Congress Street**<br>**Boston, MA 02210** | | **July 2023** | **$7,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

Debtor   **MILK STREET CAFE, INC.** _____   Case number *(if known)* _____

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Fidelity Safe Harbor** | EIN:  **20681** |

    Has the plan been terminated?
    ■ No
    ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **MILK STREET CAFE, INC.**

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| ■ None | | | |
| **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |

<br>

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| **Case title Case number** | **Court or agency name and address** | **Nature of the case** | **Status of case** |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| **Business name address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. <br><br> **Dates business existed** |
|---|---|---|

Debtor   **MILK STREET CAFE, INC.**                                    Case number *(if known)* _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Bisceglia, Steiman & Fudeman, LLP** **339 Main Street** **Suite 110** **Worcester, MA 01608** | |
| 26a.2. **Mitchel Baratz** **50 Milk Street** **Boston, MA 02109** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Bisceglia, Steiman & Fudeman, LLP** **339 Main Street** **Suite 110** **Worcester, MA 01608** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Bisceglia, Steiman & Fudeman, LLP** **339 Main Street** **Suite 110** **Worcester, MA 01608** | |
| 26c.2. **Mitchel Baratz** **50 Milk Street** **Boston, MA 02109** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Silicon Valley Bank** **10 Post Office Square** **Boston, MA 02109** |
| 26d.2. **MGCC** **529 Main Street** **Charlestown, MA 02129** |

---

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor   **MILK STREET CAFE, INC.**                                    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marc Epstein | 111 Clinton Road Brookline, MA 02445 | Presidetn, Treasurer, Secretary, Shareholder | 71.11% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anita Epstein | Protea Hills-Moshav Shoresh Mobil P.O. Harai Yehuda 90860 ISRAEL | Shareholder | 12.70% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leonard & Amy Brad | 116 Tudor Street Needham, MA 02192 | Director, Shareholder | 3.17% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lawrence & J Hoffer | 38 Fairway Avenue West Orange, NJ 07052 | Director, Shareholder | 1.90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vivian Spierer | 4 Maalei Oranim Ramot Jerusalem 91000 ISRAEL | Director, Shareholder | 11.11% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mitchel Baratz | 12 Gannett Ter Sharon, MA 02067 | CFO | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Marc Epstein 111 Clinton Rd Brookline, MA 02445** | **$335,831.29** | **Biweekly payroll** | **Compensation** |
| **Relationship to debtor President, shareholder** | | | |

Debtor    **MILK STREET CAFE, INC.**                                                      Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Mitchell Baratz**<br>**12 Gannett Ter**<br>**Sharon, MA 02067** | **$227,291.65** | **Biweekly payroll** | **Compensation** |
| | **Relationship to debtor**<br>**CFO** | | | |
| 30.3. | **Mitchell Baratz**<br>**12 Gannett Ter**<br>**Sharon, MA 02067** | **$10,840.20** | **Monthly** | **Payments to Wells Fargo for Tesla per compensation package** |
| | **Relationship to debtor**<br>**CFO** | | | |
| 30.4. | **Beth Epstein**<br>**111 Clinton Rd**<br>**Brookline, MA 02445** | **$100,000** | **Biweekly payroll** | **Compensation** |
| | **Relationship to debtor**<br>**Insider** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2024**    _____

**/s/ Marc Epstein**                                          **Marc Epstein**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Massachusetts

In re   **MILK STREET CAFE, INC.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anita Epstein**<br>**Protea Hills-Moshav Shoresh**<br>**Mobil P.O.**<br>**Harai Yehuda 90860**<br>**ISRAEL** | | **12.70%** | **Stocks** |
| **Lawrence & J Hoffer**<br>**38 Fairway Avenue**<br>**West Orange, NJ 07052** | | **1.90%** | **Stocks** |
| **Leonard & Amy Brad**<br>**116 Tudor Street**<br>**Needham, MA 02192** | | **3.17%** | **Stocks** |
| **Marc Epstein**<br>**111 Clinton Road**<br>**Brookline, MA 02445** | | **71.11%** | **Stocks** |
| **Vivian Spierer**<br>**4 Maalei Oranim**<br>**Ramot**<br>**Jerusalem 91000**<br>**ISRAEL** | | **11.11%** | **Stocks** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 20, 2024**

Signature   **/s/ Marc Epstein**

**Marc Epstein**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Massachusetts

In re    **MILK STREET CAFE, INC.**                                    Case No. _____

                                                    Debtor(s)          Chapter    **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **June 20, 2024**                            **/s/ Marc Epstein**
_____                        _____
                                           **Marc Epstein**/**President**
                                           Signer/Title

AB Seafood
18 Newmarket Square
Boston, MA 02118

Ballard Shoe, Inc.
35 Downer Street
Haverhill, MA 01830

Broadway Bosses, Inc.
120 StreetCambridge,
Cambridge, MA 02141

Ace Endico
80 International Blvd
Brewster, NY 10509

Bisceglia, Steinman & Fudeman, LLP
339 Main StreetSuite 110
Worcester, MA 01608

Chace
P.O. Box 15298
Wilmington, DE 19850-5298

Advance Tire & Car Care Center
185 Broadway
Cambridge, MA 02139

Blue Cross and Blue Shield of MA
PO Box 371318
Pittsburg, PA 15250-7318

Cintas Corporation
P.O. Box 631025
Cincinatti, OH 45263-1025

Alex Rheaume
Morrison & Foerster LLP
200 Clarendon Street, Floor 21
Boston, MA 02116

Blue Cross and Blue Shield of MA
PO Box 371318
Pittsburgh, PA 15250-7318

Citibank Customer Service
PO Box 6500
Sioux Falls, SD 57117

Ally Financial
P.O. Box 380901
Bloomington, MN 55438

Bolci Corp
48 Morgan Street
Manchester, NH 03102

City of Boston - Inspectional Services
Environmental Services
1010 Massachusetts Ave. 4th Fl
Boston, MA 02118

American Express
PO Box 981535
El Paso, TX 79998-1535

Boston Bread Service
150 New Boston Street   Suite S
Woburn, MA 01801

City of Boston - Taxes
P.O. Box 55809
Boston, MA 02205-5809

American Honda Finance Corporation
PO Box 1027
Alpharetta, GA 30009-1027

Boston Gourmet Chefs
P.O. Box 883
Framingham, MA 01701

City of Boston - Treasury Department
P.O. Box 9715
Boston, MA 02114

American Nut & Chocolate, Inc.
121 Newmarket Square
Boston, MA 02118

Boston Showcase Company
P.O. Box 610254
Newton Highlands, MA 02461-0254

City Packing
115-118 Newmarket Square
Boston, MA 02118-2603

AXA Equitable Life Insurance Company
PO Box 371405
Pittsburgh, PA 15250-7405

Bucci Grinding Group
D.A. Bucci & Sons
10 Draper Street, Suite 14
Woburn, MA 01801

Coca Cola
P.O. Box 419784
Boston, MA 02241

AXA Equitable Life Insurance Company II
PO Box 371405
Pittsburgh, PA 15250-7405

C.R.S., INC
P.O. BOX 296
243 RANGEWAY ROAD
N. BILLERICA, MA 01862

Department of Unemployment Assistan
Chief Counsel, Legal Department
19 Staniford Street 1st Floor
Boston, MA 02114-2502

DGI - Invisuals
101 Billerica Ave. Bldg 6
N. Billerica, MA 01862

Hub Robot.
2 Cambridge
Cambridge, MA 02141

J.W. Barrett & Co. Inc
50 Kerry Place
Norwood, MA 02062

Famous Produce
39 Pierce Street
Waltham, MA 02154

IFES
MASS REST EQUIP SERV
34 SOUTH ST
PO BOX 114
SOMMERVILLE, MA 02143

Johnson Controls Security Solutions
P.O Box 371967
Pittsburgh, PA 15250-7967

Fazenda Coffee Roasters
502 Sprague Street
Dedham, MA 02026

Impact Fire Service
44 Garden Street, Unit 1
Danvers, MA 01923

Jonathan M. Hixon, Esq.
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Food Grease Trappers Inc.
500 Southborough Drive
Suite 106
South Portland, ME 04106

Imperial Bag & Paper, LLC
255 Route 1& 9
Jersey City, NJ 07306

JPmorgan Chase Bank NA
Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203

Genworth Life
PO BOX 630905
Cincinnati, OH 45263-0905

Indigo
500 Rutherford Ave suite 201
Boston, MA 02129

LoTECH Industries, Inc.
8119 S. SHAFFER PARKWAYSUITE A
Littleton, CO 80127

Global Payments Inc.
3550 Lenox Road
Atlanta, GA 30326

Intelligentsia
1850 West Fulton
Chicago, IL 60612

Marc S. Epstein
111 Clinton Rd
Brookline, MA 02445

Gordon's Fine Wines & Liquor
P.O. Box 310
Waltham, MA 02454

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Mass General Hospital
P.O. Box 3365
Boston, MA 02241-3365

H.T. Berry
H.T. Berry Company INC.
P.O. Box B
50 North Street
Canton, MA 02021-3356

Jayna Kropas
6 Salem Road
North Billerica, MA 01862

Mass. Restaurant Assoc.
160 E Main St, Suite 2
Westborough, MA 01581

Hood Master
100 Governor's Dr. #8
Winthrop, MA 02152

JFC International Inc.
JFC New York Branch
55 Wildcat Way
Linden, NJ 07036

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204-7090

HUB Building Maintenance
11 Elkins Street
South Boston, MA 02127

JM Service
P.O. Box 850369
Braintree, MA 02185

Massachusetts Growth Capital Corpora
529 Main Street
Schraffft's Center, Suite 201
Charlestown, MA 02129

Michelle Mackeigan
68 Aberdeen Road
North Quincy, MA 02171

Robb Borzotta
Borzotta
Worcester, MA 01615-0011

50 Ethyl Way
Stoughton, MA 02072

Mitchel Baratz
12 Gannett Ter
Sharon, MA 02067-2315

Ponte Gadea Boston, LLC
Attn: Christopher Pavlick/ Misha Harris
200 South Biscayne Blvd Way
Suite 3250
Miami, FL 33131

Shawmut Communications Group
310 Jubilee Drive
Peabody, MA 01960

MPG Promotions
246 Walnut Street Suite D
Newton, MA 02460

Ponte Gadea Boston, LLC
Attn: Christopher Pavlick
200 South Biscayne Blvd Way
Suite 3250
Miami, FL 33131

Short Stop Distribution, Inc
47 Loring Drive
Framingham, MA 01702

National Liability & Fire Insurance Co.
Feingold & Feingold Insurance Agency
22 Elm Street
Worcester, MA 01608

Premier Bar Service & Catering
P.O. Box 540194
Waltham, MA 02454

Siegel Egg Co.
PO Box 844001
Boston, MA 02284-4001

New England Kosher
P.O. Box 505801
Chelsea, MA 02150

Primarque Products Company, Inc.
100 Grand St.
Worcester, MA 01610

Silicon Valley Bank
A Div. of First Citizens Bank & Trust
As Agent (Main Street Loan Agreemen
53 State Street
Boston, MA 02109

OT Express Delivery
4 Briarcliff Drive
Monsey, NY 10952

Prospeed
71 Spit Brook Road Suite #405
Nashua, NH 03060

Snack Aisle
P.O. Box 982
Hudson, NH 03051

Paul W .Marks Co. INC
P.O. Box 847295
Boston, MA 02284

Robert Serio
1 Rollins Street #C-304
Boston, MA 02118

Springfield Group Inc
5600 1st Avenue
Brooklyn, NY 11220

Peak Event Services
36 Cabot Road
Woburn, MA 01801

Rosev Dairy
8 Griffin Way
Chelsea, MA 02150-3334

Stellantis Financial Services
P.O. Box 1730
Williamsville, NY 14231

Perkins Paper Company
Attn: Patricia Vincent
630 John Hancock Road
Taunton, MA 02780

S & H Plumbing Services, Inc.
P.O. Box 364
Malden, MA 02148

Sysco
99 Spring St.
Plympton, MA 02367-1701

Pestex, Inc.
349 Union Ave.
Framingham, MA 01702

Seaport Energy
PO Box 204
Norwood, MA 02062

Technical Support International
10 Mechanic St Suite 6
Foxboro, MA 02035-2076

The Bartending Service of New England, Inc.
P.O. Box 425
13 West End Avenue
Middleborough, MA 02346

Wild Dunes Villas
PO Box 601418
Charolette, NC 28272

The Hartford Insurance Company
P.O. Box 958461
Lake Mary, FL 32795

Williamson Pump & Motor
PO Box 844771
Boston, MA 02284

The Travelers
Remittance Center
PO Box 660317
Dallas, TX 75266-0317

Winston Flowers
Attn: Dana
P.O. Box 170663
Boston, MA 02117

Toast, Inc.
100 Park Drive Suite 510
Cambridge, MA 02140

Toyota Financial Services
PO Box 22171
Tempe, AZ 85285

Unum America
P.O. Box 740591
Atlanta, GA 30374-0591

Utz Quality Foods, LLC
62563 Collection Center Drive
Chicago, IL 60693-0625

ValuTrack
PO Box 79
Medway, MA 02053

Vanessa P. Moody
Goulston & Storrs PC
One Post Office Square
Boston, MA 02109

Viscom Systems
98 Galen Street
Watertown, MA 02472

# United States Bankruptcy Court
## District of Massachusetts

In re    **MILK STREET CAFE, INC.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MILK STREET CAFE, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 20, 2024**

Date

**/s/ John T. Morrier**

**John T. Morrier 628624**

Signature of Attorney or Litigant

Counsel for   **MILK STREET CAFE, INC.**

**Casner & Edwards, LLP**
**303 Congress Street**
**Boston, MA 02210**
**617-426-5900 Fax:617-426-8810**
**morrier@casneredwards.com**